Erik F. Stidham (ISB #5483)
Jason E. Prince (ISB #7227)
Jennifer M. Jensen (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jeprince@hollandhart.com
jmjensen@hollandhart.com

Rod M. Fliegel (*Pro Hac Vice*)
Alison S. Hightower (*Pro Hac Vice*)
Littler Mendelson P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.743.6642
rfliegel@littler.com
ahightower@littler.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACI HUTTO and JENNIFER MELNYK, individually and as representatives of the class,<br><br>Plaintiffs,<br>vs.<br><br>ALBERTSONS COMPANIES, INC., ALBERTSON'S LLC, ALBERTSONS COMPANIES, LLC, NEW ALBERTSONS L.P., ALBERTSONS STORES SUB HOLDINGS, LLC, AB ACQUISITION LLC, AB MANAGEMENT SERVICES CORP., AMERICAN FOOD AND DRUG LLC, INK HOLDINGS, LLC AND ALBERTSON'S HOLDINGS LLC,<br><br>Defendants. | Case No. 1:19-CV-00412-BLW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE OF SUBSTITUTION OF COUNSEL - 1

Erik F. Stidham and Jason E. Prince of Holland & Hart LLP hereby stipulate and agree that Erik F. Stidham be substituted for Jason E. Prince as counsel of record for Defendants Albertsons Companies, Inc., Albertson's LLC, Albertsons Companies, LLC, New Albertsons L.P., Albertsons Stores Sub Holdings, LLC, AB Acquisition LLC, AB Management Services Corp., American Food and Drug LLC, Ink Holdings, LLC, and Albertson's Holdings LLC (collectively "Albertsons") in the above-captioned case.

All other above-referenced counsel will remain counsel of record for Albertsons.

DATED:  April 10, 2020

        HOLLAND & HART LLP

        By: */s/ Jason E. Prince*
            Jason E. Prince
            of HOLLAND & HART LLP

DATED:  April 10, 2020

        HOLLAND & HART LLP

        By: */s/ Erik F. Stidham*
            Erik F. Stidham
            of HOLLAND & HART LLP

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 10th day of April, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Deborah A. Ferguson | daf@fergusondurham.com |
| Craig H. Durham | chd@fergusondurham.com |
| Ferguson Durham, PLLC | |
| 223 N. 6th Street, Suite 325 | |
| Boise, Idaho 83702 | |
| | |
| J. Nelson Thomas | nthomas@theemploymentattorneys.com |
| Michael J. Lingle | mlingle@theemploymentattorneys.com |
| Jessica L. Lukasiewicz | jlukasiewicz@theemploymentattorneys.com |
| Jonathan W. Ferris | jferris@theemploymentattorneys.com |
| Thomas & Solomon LLP | |
| 693 East Avenue | |
| Rochester, New York 14607 | |

/s/ Jason E. Prince
Jason E. Prince
of HOLLAND & HART LLP

14470079_v1