1  J. Nelson Thomas (Pro Hac Vice Pending)
2  Jessica L. Lukasiewicz (Pro Hac Vice Pending)
   Jonathan W. Ferris (Pro Hac Vice Pending)
3  **THOMAS & SOLOMON LLP**
   693 East Avenue
4  Rochester, NY 14607
   Telephone: 585-272-0540
5  nthomas@theemploymentattorneys.com
6  mlingle@theemploymentattorneys.com
   jlukasiewicz@theemploymentattorneys.com
7  jferris@theemploymentattorneys.com
   (585) 272-0540
8

9  Adam B. Wolf (Bar No. 215914)
   **PEIFFER WOLF CARR KANE & CONWAY,**
10 **A PROFESSIONAL LAW CORPORATION**
   4 Embarcadero Center, Suite 1400
11 San Francisco, CA 94111
12 awolf@peifferwolf.com
   (415) 766-3545
13

14 *ADDITIONAL COUNSEL LISTED ON NEXT PAGE*

15          **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| JACI HUTTO and JENNIFER MELNYK, *individually and as representatives of the class*,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., ALBERTSON'S LLC, ALBERTSONS COMPANIES, LLC, NEW ALBERTSONS, L.P., ALBERTSONS STORES SUB HOLDINGS, LLC, AB ACQUISITION LLC, AB MANAGEMENT SERVICES CORP., AMERICAN FOOD AND DRUG LLC, INK HOLDINGS, LLC, and ALBERTSON'S HOLDINGS LLC,<br><br>Defendants. | Case No. 3:20-cv-07541-MMC<br><br>[PROPOSED] ORDER REGARDING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL |

**ADDITIONAL COUNSEL**

Rod M. Fliegel (SBN 168289)
Alison S. Hightower (SBN 112429)
Littler Mendelson P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.743.6642
rfliegel@littler.com
ahightower@littler.com

Attorneys for Defendants

Pursuant to the Parties' Joint Status Report and Stipulation Regarding the Settlement Status, and good cause appearing therefore, the Court hereby orders that the deadline to file a motion for preliminary settlement approval or a further status report be set for December 30, 2020.  Provided that Plaintiffs file the Motion for Preliminary Approval by December 30, 2020, ~~the Court hereby grants / denies the Parties' request that~~ the hearing on the Motion for Preliminary Approval shall be set for 9:00 a.m. on ~~January 29~~, February 12, 2021.

IT IS SO ORDERED.

Dated: December 21, 2020

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

4817-8862-3572.1 001153.1723

---

1

[PROPOSED] ORDER RE DEADLINE FOR MPA
CASE NO. 3:20-CV-07541-MMC