**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACI HUTTO and JENNIFER MELNYK, *individually and as representatives of the class*,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., ALBERTSON'S LLC, ALBERTSONS COMPANIES, LLC, NEW ALBERTSONS, L.P., ALBERTSONS STORES SUB HOLDINGS, LLC, AB ACQUISITION LLC, AB MANAGEMENT SERVICES CORP., AMERICAN FOOD AND DRUG LLC, INK HOLDINGS, LLC, and ALBERTSON'S HOLDINGS LLC,<br><br>Defendants. | Case No. 3:20-cv-07541-MMC<br><br>[PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE AND DISCOVERY DEADLINES |

Pursuant to the Parties' Joint Stipulation to Adjourn Case Management Conference and Discovery Deadlines, and good cause appearing therefor, the Court hereby orders that the Case Management Conference scheduled for January 29, 2021, and any accompanying deadlines in the Court's Case Management Conference Order (Dkt. No. 30) and discovery and related deadlines in the Federal Rules of Civil Procedure, shall be adjourned pending preliminary and final approval of the settlement.

IT IS SO ORDERED.

Dated: January 13, 2021

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE