Jessica L. Lukasiewicz (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)
**THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, NY 14607
Telephone: 585-272-0540
jlukasiewicz@theemploymentattorneys.com
jferris@theemploymentattorneys.com
(585) 272-0540

Adam B. Wolf (Bar No. 215914)
**PEIFFER WOLF CARR KANE & CONWAY,
A PROFESSIONAL LAW CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
awolf@peifferwolf.com
(415) 766-3545

[Additional Counsel Listed in Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACI HUTTO and JENNIFER MELNYK, *individually and as representatives of the class*,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., ALBERTSON'S LLC, ALBERTSONS COMPANIES, LLC, NEW ALBERTSONS, L.P., ALBERTSONS STORES SUB HOLDINGS, LLC, AB ACQUISITION LLC, AB MANAGEMENT SERVICES CORP., AMERICAN FOOD AND DRUG LLC, INK HOLDINGS, LLC, and ALBERTSON'S HOLDINGS LLC,<br><br>Defendants. | Case No. 3:20-cv-07541-MMC<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA L. LUKASIEWICZ IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Courtroom:** 7, 19th Floor<br>**Judge:**  Hon. Maxine M. Chesney |

I, **Jessica L. Lukasiewicz**, declare as follows:

1. I am a partner with the law firm Thomas & Solomon LLP, counsel for Plaintiffs Jaci Hutto and Jennifer Melnyk ("Plaintiffs") and the proposed class. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement.

2. I make this statement based on my own personal knowledge, and if called to testify, I could and would testify competently thereto, except where I make a statement on information and belief, in which case I am informed and believe the statement to be true.

3. On February 16, 2021, counsel for Defendants in this matter informed counsel for Plaintiffs in this action and *Sullivan, et al. v. Safeway Inc., et al.*, No. 19-cv-03187-MMC (Consolidated) (N.D. Cal.) that Defendants do not intend to file a Motion for a Consent Order and that they agree to filing an Amended [Proposed] Order that removes the reference to appending the Motion for a Consent Order to the Proposed Order.

4. Defense counsel informed counsel for Plaintiffs in this action and the *Sullivan* action that Defendants agree to removing the language from the claim form requiring class members to state that they were unaware that they were consenting to the procurement of a consumer report and/or that they were confused by the disclosure form(s).

5. Defense counsel informed counsel for Plaintiffs in this action and the *Sullivan* action that they agree with Plaintiffs to propose Bet Tzedek Legal Services as the *cy pres* recipient. Attached hereto as **Exhibit E** is the declaration of Dana Hadl, the Directing Attorney of the Employment Rights Project at Bet Tzedek. The parties believe that Bet Tzedek is an appropriate *cy pres* recipient based on the objectives of the underlying statutes and the interests of the class.

6. I am informed by the declaration of Ms. Hadl, and on that basis I believe, that Bet Tzedek is located in Los Angeles and provides free legal services to low-income people related to employment, housing, government benefits, real estate fraud, and caregiving for seniors. Bet Tzedek's Employment Rights Project ("ERP") seeks to enforce minimum labor standards in the workplace by assisting low-wage workers through a combination of individual representation before the Labor Commissioner, litigation in state and federal court, legislative advocacy, and community education. ERP's cases involve non-payment of minimum wage and other wage-and-hour violations; illegal retaliation in the workplace;

denial of unemployment insurance and other benefits; health and safety violations; and human trafficking for forced labor. Bet Tzedek allows *cy pres* awards to be designated to a specific practice area. Plaintiffs propose designating any *cy pres* award for the Employment Rights Project of Bet Tzedek.

7. Attached hereto as **Exhibit A** is a clean version of the parties' revisions to the long form notice, email summary notice, postcard notices, and claim form.

8. Attached hereto as **Exhibit B** is a redline version of the parties' revisions to the long form notice, email summary notice, postcard notices, and claim form.

9. Attached hereto as **Exhibit C** is a clean version of the Amended [Proposed] Order Approving Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The Amended [Proposed] Order strikes all references to Defendants' Motion for a Consent Order and designates the Employment Rights Project of Bet Tzedek as the recipient of any *cy pres* award.

10. Attached hereto as **Exhibit D** is a redline version of the Amended [Proposed] Order Approving Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and recollection.

Executed February 17, 2021, in Rochester, New York.

    /s/ Jessica L. Lukasiewicz
Jessica L. Lukasiewicz